UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IGINIO ARELLANES JIMENEZ, et al.,

    Plaintiffs,

-against-

SOMICH DELI INC., et al.,

    Defendants.

18-CV-1868 (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

    The Court has received and reviewed the parties' joint letter dated July 2, 2019 (Dkt. No. 109), seeking approval of their Settlement Agreement and Release (Agreement) (Dkt. No. 109-1) pursuant to *Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199 (2d Cir. 2015).

    The Court has reviewed the terms of the Agreement, including the proposed attorneys' fee, and finds that they are fair and reasonable as required by *Cheeks*, 796 F.3d at 206. Accordingly, the proposed settlement is APPROVED. The parties shall promptly file their Stipulation of Dismissal With Prejudice (Ag. Ex. A), signed by counsel for all parties, for the Court's consideration.

Dated: New York, New York
July 3, 2019

SO ORDERED.

_____
**BARBARA MOSES**
**United States Magistrate Judge**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/3/19